

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Chambers of  
J. Mark Coulson  
U.S. Magistrate Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
MDD_JMCChambers@mdd.uscourts.gov  
Phone: (410) 962-4953  
Fax: (410) 962-2985

December 22, 2014

LETTER OPINION TO ALL COUNSEL OF RECORD

Re: <u>Sinclair v. Salisbury Police Officers et al.</u>
    Civil No. 13-CV-1735-GLR

Dear Counsel:

The Court has before it Plaintiff's letter requesting that the subpoena served by Defendants on Peninsula Regional Medical Center ("PRMC") be quashed or limited in scope. (ECF No. 50). Plaintiff argues that the subpoena is overbroad and intrusive on the grounds that it is unlimited in time or scope. (*Id.*) Plaintiff further argues that only "relevant" medical records should be produced pursuant to the subpoena and defines relevant as relating to the injuries alleged in the Complaint (i.e. injuries to his face, mouth and psychological trauma). (*Id.*) Plaintiff also requests that a protective order be entered. (*Id.*) Defendants accept Plaintiff's proposed time limitation (dating back to 2007) and are amenable to a protective order but argue that the proposed subject matter scope is too limited. (ECF No. 54).

This Court agrees that the subject matter of the subpoena should not be limited as requested by Plaintiff. Indeed it is impossible to determine the relevance of a medical record without first having an opportunity to review it. Accordingly, Plaintiff's request to quash Defendants' subpoena served on PRMC is granted in part and denied in part and the Court makes the following specific rulings:

- The scope of the subpoena shall be limited in time to 2007 through the present;
- The Parties are directed to confer and execute a protective order within 15 days of the entry of this order;
- As to the personal information Plaintiff asserts is contained in Defendants' filing (ECF No. 54-1), the Clerk will be directed to disable the link to that document.

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600  
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

     Despite the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

                                        Sincerely yours,

                                        /s/

                                        J. Mark Coulson
                                        United States Magistrate Judge