

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

Chambers of  
J. Mark Coulson  
U.S. Magistrate Judge

101 West Lombard Street  
Baltimore, Maryland 21201  
MDD_JMCChambers@mdd.uscourts.gov  
Phone: (410) 962-4953  
Fax: (410) 962-2985

January 28, 2015

LETTER OPINION TO ALL COUNSEL OF RECORD

Re: <u>Sinclair v. Salisbury Police Officers et al.</u>
    Civil No. 13-CV-1735-GLR

Dear Counsel:

    The Court has before it Defendants' Letter (ECF No. 68) requesting an order compelling Plaintiff to answer Interrogatory Nos. 3, 17, 18.  The Court understands that the disputes regarding Interrogatory Nos. 17 & 18 are moot and the only remaining dispute relates to Interrogatory No. 3. (ECF No. 76).  Interrogatory No. 3 seeks in part a "complete statement of facts…including what [Plaintiff] did during the period of time beginning twelve hours before the occurrence and continuing through the occurrence."  (ECF No. 68-1).  Plaintiff objects on the ground that the Interrogatory is irrelevant and not likely to lead to the discovery of admissible evidence.  (ECF No. 76).

    The Court is unpersuaded by Plaintiff's objections and finds that the information sought in Interrogatory No. 3 may be relevant to the disputes at issue in this case.  Accordingly, Plaintiff is instructed to fully answer Interrogatory No. 3 within 14 days of entry of this order.

    Despite the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

    Sincerely yours,

    /s/

    J. Mark Coulson  
    United States Magistrate Judge

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600  
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov